# EXHIBIT A



**U.S. Department of Justice**

Bureau of Alcohol, Tobacco,
Firearms and Explosives

*Firearms Technology Industry Services Branch*

Martinsburg, WV

www.atf.gov

907010:MRC
3311/303318

JUL 2 4 2015

This refers to your correspondence, and sample AR-15 and AK type "Bump Fire Grip Devices" to the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), Firearms Technology Industry Services Branch (FTISB), in which you ask the legality of installing this device on semi-automatic AR-15 and AK type rifles and pistols and inquire if your sample device would be regulated by the provisions of the Gun Control Act of 1968 (GCA) or the National Firearms Act (NFA).

As background to your inquiry, we should point out that the amended Gun Control Act of 1968 (GCA), 18 U.S.C. § 921(a)(29), defines "handgun" to include a firearm which has a short stock and is designed to be held and fired by the use of a single hand ….

Additionally, 27 CFR § 478.11, a regulation implementing the GCA, defines "pistol" as … a weapon originally designed, made, and intended to fire a projectile (bullet) from one or more barrels when held in one hand, and having (a) a chamber(s) as an integral part(s) of, or permanently aligned with, the bore(s); and (b) a short stock designed to be gripped by one hand

and at an angle to and extending below the line of the bore(s)….

Also, 18 U.S.C. § 921(a)(7), defines "rifle" as:

a weapon designed or redesigned, made or remade, and intended to be fired from the shoulder and designed or redesigned and made or remade to use the energy of an explosive to fire only a single projectile through a rifled bore for each single pull of the trigger.

Further, the National Firearms Act (NFA), 26 U.S.C. § 5845(a) (5), defines "firearm" to mean:

…any other weapon, as defined in subsection (e);

-2-

Finally, "Any other weapon (AOW)" is defined under the NFA, 26 U.S.C. § 5845(e), as—

…any weapon or device capable of being concealed on the person from which a shot can be discharged through the energy of an explosive, a pistol or revolver having a smooth bore designed or redesigned to fire a fixed shotgun shell, weapons with combination shotgun and rifle barrels 12 inches or more, less than 18 inches in length, from which only a single discharge can be made from either barrel without manual reloading, and shall include any such weapon which may be readily restored to fire. Such term shall not include a pistol or revolver having a rifled bore, or rifled bores, or weapons designed, made, or intended to be fired from the shoulder and not capable of firing fixed ammunition.

Your device works in the following manner:

"To bump fire an AR/AK rifle or pistol with this device you simply put your finger on the left extension rest on the plastic/polymer slide grip and pull forward on the rifle or pistol hand guard with 1-3 pounds more pressure than the weight of the trigger on the rifle. Review of the submitted device indicates that if, as a shot is fired, an intermediate amount of pressure is applied to the handguard with the support hand, and the receiver assembly will recoil rearward far enough to allow the trigger to mechanically reset. Continued intermediate pressure applied to the handguard will then push the receiver assembly forward until the trigger re-contacts the shooter's stationary firing hand finger, allowing a subsequent shot to be fired. In this manner, the shooter pulls the receiver assembly forward to fire each shot, each shot being fired by a single function of the trigger. To fire single shots you have designed a locking button into the grip that when pushed into position, the grip will only function as a standard grip."

Your bump fire grip device consists of the following:

One plastic/polymer center piece that is molded to fit an AR type receiver pistol grip attachment point and has holes for the selector detent spring and pistol grip screw. There is a 12 X 28 inch machine screw for the attachment of the moveable pistol grip. Further, there is a left grip panel and a right grip panel. The left grip panel has the extension to allow the trigger finger to rest upon during bump firing (see attached photo).

The above statues define "handgun" and "pistol" respectively to include "a firearm which has a short stock and is designed to be held and fired by the use of a single hand….", and "…a weapon originally designed, made, and intended to fire a projectile (bullet) from one or more barrels when held in one hand". We must caution you if your "Bump Fire Grip Device" is installed on an AR-15 type pistol, the resulting firearm would no longer be designed to be held and fired by the use of a single hand and as such would no longer meet the definition of a "handgun" or "pistol". The left hand would be required to make the pistol grip bump fire device function instead of being used a support hand. If such a firearm had an overall length less than 26 inches; the result would be a firearm regulated by the NFA, specifically such firearm would be an "Any Other Weapon".

In summary, your "Bump Fire Grip Device" in and of itself, would not be subject to regulation under federal law. However, if your "Bump Fire Grip Device" were to be installed on or possessed in conjunction with a compatible AR-15 type pistol, the resulting firearm or combination could be classified as an Any Other Weapon (AOW) under the NFA. Should an individual wish to manufacture an NFA firearm upon receipt of an approved ATF Form 1 (5320.1), it would be required to be marked in accordance with Title 26, U.S.C., Chapter 53, section 5842. Finally, the installation of your "Bump Fire Grip Device" on or possession with an AR-15 type rifle would not be a violation of Federal law similarly to the "Slide Fire Device" AR-15 rifle stock.

Your device will be returned to you via your provided UPS shipping label. We thank you for your inquiry and trust the foregoing has been responsive to your concerns.

We thank you for your correspondence and trust the foregoing is responsive to your inquiry.

Sincerely yours,

Max M Kingery
Acting Chief, Firearms Technology Industry Services Branch

Enclosure: