UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| FREEDOM ORDNANCE MFG., INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:16-cv-00243-RLY-MPB |
| | ) | |
| THOMAS E. BRANDON, Director, Bureau of | ) | |
| Alcohol Tobacco Firearms and Explosives, | ) | |
| | ) | |
| Defendant. | ) | |

**FINAL JUDGMENT**

Today, the court granted Defendant's Cross-Motion for Summary Judgment and denied Plaintiff's Motion for Summary Judgment. The court now enters final judgment in favor of the Defendant and against the Plaintiff.

**SO ORDERED** this 27th day of March 2018.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

Distributed Electronically to Registered Counsel of Record.